IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CHAPTER 13

CHRISTENE E. MISCIAGNA                    18-16389-ref
_____Debtor_____

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Extend the Time to October 26,

2018, to file the required documents of the Bankruptcy Petition, it is hereby ordered that this

Motion is GRANTED.

BY THE COURT:

**Date: October 12, 2018**

_____
Honorable Richard E. Fehling