United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christene E Misciagna  
      Debtor

Case No. 18-16389-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Oct 12, 2018  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
db          +Christene E Misciagna,    1045 Spruce Street,    Columbia, PA 17512-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2018 02:52:45      Synchrony Bank,  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
        BARRY A. SOLODKY    on behalf of Debtor Christene E Misciagna bsolodky@n-hlaw.com,  
        mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM    MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com  
                                                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| CHRISTENE E. MISCIAGNA | 18-16389-ref |
| Debtor | |

# ORDER

AND NOW, upon consideration of the Debtors' Motion to Extend the Time to October 26, 2018, to file the required documents of the Bankruptcy Petition, it is hereby ordered that this Motion is GRANTED.

**Date: October 12, 2018**

BY THE COURT:

_____
Honorable Richard E. Fehling