IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| CHRISTENE E. MISCIAGNA | : | 18-16389-ref |
| Debtor | : | |

### ORDER

AND NOW, upon consideration of the Debtors' Second Motion to Extend the Time to November 10, 2018, to file the required documents of the Bankruptcy Petition, it is hereby ordered that this Motion is GRANTED.

**Date: November 5, 2018**

BY THE COURT:

_____
Honorable Richard E. Fehling