N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| CHRISTENE E. MISCIAGNA | : | 18-16389-ref |
| Debtor | : | |

## **ORDER**

AND NOW, this _____ day of March, 2019, based upon the Objection to Claim Number 12 by Debtor's counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the Objection is granted. Deutsche Bank National Trust's Proof of Claim (Document Number 12) is hereby denied with regard to the claim's attorney fees, property inspection costs and appraisal costs.

BY THE COURT

_____
Richard E. Fehling
Chief United States Bankruptcy Judge