United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16389-ref
Christene E Misciagna                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 1              Date Rcvd: Apr 11, 2019
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db            +Christene E Misciagna,   1045 Spruce Street,   Columbia, PA 17512-1334
14241061       Deutsche BK as Trustee Soundview Home LN 2007-WMC1,   c/o Shellpoint Mortgage Servicing,
               PO Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 02:25:57      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
            BARRY A. SOLODKY    on behalf of Debtor Christene E Misciagna bsolodky@n-hlaw.com,
            mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
            KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com
            KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
            holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
            bkgroup@kmllawgroup.com
            ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
            SCOTT  WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
            ECF_FRPA@Trustee13.com
                                                                                         TOTAL: 7

N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTENE E. MISCIAGNA | : | 18-16389-ref |
| Debtor | : | |

**ORDER**

AND NOW, this ____ day of ~~March~~, 2019, based upon the Objection to Claim Number

12 by Debtor's counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the Objection is granted. Deutsche Bank National Trust's

Proof of Claim (Document Number 12) is hereby denied with regard to the claim's attorney fees,

property inspection costs and appraisal costs.

BY THE COURT

_____
Richard E. Fehling
Chief United States Bankruptcy Judge