UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

_____

| | |
|---|---|
| **In Re:** : | |
| : | **Chapter 13** |
| **Christene E Misciagna** : | **Case No. 18-16389-REF** |
| Debtor, : | |
| _____ : | |
| ---------------------------------------------------: | |
| : | |
| Deutsche Bank National Trust Company, : | |
| as Trustee for Soundview Home Loan : | |
| Trust 2007-WMC1, Asset Backed : | |
| Certificates, Series 2007-WMC1 : | |
| : | |
| : | |
| Movant, : | |
| v. : | Hearing: May 9, 2019 @ 9:30 a.m. |
| : | Courtroom # 1 |
| Christene E Misciagna : | |
| Debtor, : | |
| And : | |
| : | |
| Scott Waterman, Esquire : | 11 U.S.C. §362(d) |
| Trustee, : | |
| : | |
| Respondent. : | |
| _____: | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1, has filed a motion for relief from automatic stay under §362(d) to permit Movant to pursue its rights in the property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*1045 Spruce Street, Columbia, PA 17512*

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an**

**attorney, you may wish to consult one).**

1) If you do not want the Court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion, then on or before, May 2, 2019, you or your attorney must do all of the following:

a) File with the Court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk, at the United States Bankruptcy Court:

> Clerk's Office, U.S. Bankruptcy Court
> The Madison Building, Suite 300
> 400 Washington Street
> Reading, PA  19601

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above:

b) You must also mail a copy to:

| | |
|---|---|
| Brian E. Caine, Esquire | Scott Waterman, Esquire |
| PARKER, McCAY, P.A. | Chapter 13 Trustee |
| 9000 Midlantic Drive, Ste 300 | 2901 St. Lawrence Ave |
| P.O. Box 5054 | Suite 100 |
| Mt. Laurel, NJ 08054 | Reading, PA 19606 |
| ***Attorney for Movant*** | ***Chapter 13 Trustee*** |

2) If you or your attorney do not take the steps described in Paragraph 1(a) and Paragraph 1(b) and attend the hearing, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested in the motion.

3) A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, Chief Judge, on May 9, 2019, at 9:30 a.m. in Courtroom 1, United States

Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA 19601.

4) If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5) You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   April 17, 2019                    By:/s/Brian E. Caine
                                                           **BRIAN E. CAINE, ESQ.**
                                                           ATTORNEY FOR MOVANT
                                                           PA ID# 86057
                                                           Parker, McCay, P.A.
                                                           9000 Midlantic Drive, Ste 300
                                                           P.O. Box 5054
                                                           Mt. Laurel, NJ 08054
                                                           (856) 985-4059
                                                           bcaine@parkermccay.com