*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christene E Misciagna
    Debtor(s)

Case No: 18−16389−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Hearing rescheduled on Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

Matter rescheduled from 7/25/19 at 9:00 AM.

    on: 8/29/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/24/19

Timothy B. McGrath
Clerk of Court

54 − 27
Form 167