United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-16389-elf
Christene E Misciagna                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Jun 24, 2019
                              Form ID: 167            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
```
db             +Christene E Misciagna,    1045 Spruce Street,    Columbia, PA 17512-1334
14327426       +Barry A. Solodky, Esq. Nikolaus & Hohenadel,,    212 North Queen Street,
                 Lancaster, PA 17603-3512
14203321       +Borough of Columbia,    308 Locust Street,    Columbia, PA 17512-1121
14203322        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
14235165        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14241061        Deutsche BK as Trustee Soundview Home LN 2007-WMC1,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
14203325       +Discover Financial Services, LLC,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14203329       +JH Portfolio Debt Equity,    5757 Phantom Drive, Suite 225,    Hazelwood, MO 63042-2429
14203331       +Midland Funding (Walmart),    2365 Northside Drive, Suite 30,    San Diego, CA 92108-2709
14203333       +Parker McCay, P.A.,    Attn: Patrick J. Wesner, Esquire,    9000 Midlantic Drive, Suite 300,
                 PO Box 5054,    Mount Laurel, NJ 08054-5054
14203334        Penn State Hershey Medical Center,    Patient Financial Services,    PO Box 854, MC A410,
                 Hershey, PA 17033-0854
14203335       #+Ratchford Law Group, PC,    409 Lackawanna Avenue, Suite 320,
                 Attention: Michael F. Ratchford, Esquire,    Scranton, PA 18503-2059
14203336        Santander Consumer USA,    PO Box 105255,    Atlanta, GA 30348-5255
14217200       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14210540       +Select Portfolio Servicing,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14203338       +Shellpoint Mortgage Servicing,    Attn: Loss Mitigation Department,    55 Beattie Pl - Suite 110,
                 Greenville, SC 29601-5115
14203339       +South Jersey Health Systems,    Inspira Health Network,    Inspira Medical Center Vineland,
                 1505 West Sherman,    Vineland, NJ 08360-7059
14203340       +TD Bank USA / Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
14235853        TMSHMC Hospital,    PO Box 853,    Hershey, PA 17033-0853
14235852       +TMSHMC Physicians,    PO Box 854,    Hershey, PA 17033-0854
14203341        Weltman, Weinberg & Reis,    170 S. Independence Mall W., Suite 847W,
                 Attention: Scott J. Best, Esquire,    Philadelphia, PA 19106-3334
14203342       +Zimmerman, Pfannebecker, Nuffort, Albert,    22 South Duke Street,
                 Attention: Robert L. Pfannebecker, Esq.,    Lancaster, PA 17602-3508
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14203319       +E-mail/Text: g20956@att.com Jun 25 2019 03:10:10      AT&T,   c/o Midland Bankruptcy,
                 5407 Andrews Hwy,    Midland, TX 79706-2851
14203320        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:09        BonTon / Comenity Bank,
                 Attn: Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
14203323        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:19:20        Capital One,
                 1500 Capital One Dr.,    Richmond, VA 23238
14225381        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:19:20
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14203324       +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2019 03:09:48        Department of Education,
                 121 S. 13th Street,    Lincoln, NE 68508-1904
14241926        E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2019 03:10:20
                 Deutsche Bank National Trust Co., et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
14208799        E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52        Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14203326       +E-mail/Text: bknotice@ercbpo.com Jun 25 2019 03:09:48        Enhanced Recovery Corp,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
14203327        E-mail/Text: cio.bncmail@irs.gov Jun 25 2019 03:09:01        Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14203330        E-mail/Text: bncnotices@becket-lee.com Jun 25 2019 03:08:55        Kohls / Capone,
                 N56 W. 1700 Ridgewood Drive,    Menomonee Falls, WI 53051
14217292       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2019 03:09:44        MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
14203332        E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2019 03:09:48        Nelnet Loan Services,
                 3015 S. Parker Road - Suite 425,    Aurora, CO 80014-2904
14213772        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:17
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
14203337       +E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2019 03:10:20
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14204322       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:45        Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14242221       +E-mail/Text: bncmail@w-legal.com Jun 25 2019 03:09:51        TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14233884       +E-mail/Text: electronicbkydocs@nelnet.net Jun 25 2019 03:09:48
                 U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                               TOTAL: 17
```

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2                  Date Rcvd: Jun 24, 2019
                              Form ID: 167              Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14203328*     Internal Revenue Service,    PO Box 37910,    Hartford, CT 06176-7910
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Christene E Misciagna bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
               holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
               holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christene E Misciagna
    Debtor(s)

Case No: 18−16389−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Hearing rescheduled on Motion to Dismiss Case; feasibility and underfunding Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS−CARDONA (Counsel).

Matter rescheduled from 7/25/19 at 9:00 AM.

    on: 8/29/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

Date:  6/24/19

For The Court

Timothy B. McGrath
Clerk of Court