United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16389-elf
Christene E Misciagna                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Stacey         Page 1 of 1        Date Rcvd: Jul 03, 2019
                         Form ID: pdf900      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
db             +Christene E Misciagna,   1045 Spruce Street,   Columbia, PA 17512-1334
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2019 03:04:29      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 04 2019 03:04:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 04 2019 03:13:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 3

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor Christene E Misciagna bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
               holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
               holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| In Re:<br><br>**Christene E Misciagna**<br>　　　　　Debtor,<br><br>-------------------------------------------------- | : Chapter 13<br>: Case No. 18-16389-ELF<br>: |
| Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1<br><br>　　　　　Movant,<br>v.<br><br>Christene E Misciagna<br>　　　　　Debtor,<br>　　And<br><br>Scott Waterman, Esquire<br>　　　　　Trustee,<br><br>　　　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Hearing: May 30, 2019<br>: Courtroom # 1<br>:<br>:<br>:<br>:<br>: 11 U.S.C. §362(d)<br>:<br>:<br>: |

## STIPULATION RESOLVING
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

THIS matter being opened to the Court by Brian E. Caine, Esquire, of the law office of Parker McCay P.A., attorneys for the secured creditor, Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1, (hereinafter "Movant"), upon a Motion for Relief from the Automatic Stay and Co-Debtor Stay and as to Real Property, more commonly known as 1045 Spruce Street, Columbia PA 17512; and the law firm of Nikolaus & Hohenadel, LLP appearing on behalf of Debtor, Christene E Misciagna, and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. As of May 20, 2019 the post-petition arrears is **$2,464.24**.
2. The Debtor is due for the regular monthly payments of $1,070.53 each due March 1, 2019, April 1, 2019 and May 1, 2019; with a suspense balance of $747.35.

3. The debtor agrees to reimburse the Movant $831.00 for its attorney fees and costs for the Motion.

4. The debtor will cure the post-petition arrears ($2,464.24) along with the attorney fees and costs ($831.00) by adding $549.21 to the regular monthly payments each due June 1, 2019 to and including November 1, 2019.

5. The debtor will resume regular monthly payment starting with the December 1, 2019 payment, and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

6. If the debtor fails to make any of the payments stated herein, then counsel for the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the mortgaged property herein. However, before a Certification of Default can be filed, Movant must first provide a notice of default to the Debtor and Debtor's attorney which provides the Debtor with a twenty-one (21) day right to cure said default.

*The undersigned hereby consent to the form and entry of the within Stipulation.*

/s/Brian E. Caine
Brian E. Caine, Esquire
Attorney for Movant

/s/Matthew Bleacher
Matthew Bleacher, Esquire
Attorney for Debtor

Concurrence by the Chapter 13 Trustee

# ORDER

AND NOW, this 3rd day of July, 2019, it is hereby ORDERED that the foregoing Stipulation is approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**