United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 18-16389-elf
Christene E Misciagna                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: Lisa            Page 1 of 1            Date Rcvd: Sep 24, 2019
                            Form ID: 155          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db            +Christene E Misciagna,    1045 Spruce Street,    Columbia, PA 17512-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
      BARRY A. SOLODKY    on behalf of Debtor Christene E Misciagna bsolodky@n-hlaw.com,
        mbleacher@n-hlaw.com;asnavely@n-hlaw.com
      BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
        Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1
        bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
      BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
        holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
        bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
      KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the
        holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2
        bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com,  ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
        ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christene E Misciagna
              Debtor(s)

Chapter: 13

Bankruptcy No: 18−16389−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 24, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                  Eric L. Frank
                                  Judge ,
                                  United States Bankruptcy Court

                                             65
                                        Form 155