N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTENE E. MISCIAGNA | : | 18-16389-elf |
| Debtor | : | |

## ORDER

AND NOW, this  30th  day of  September , 2019, based upon the Application for Compensation and Reimbursement of Expenses by Debtor's counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY **ORDERED** that the Application is **GRANTED** and that compensation of **$4,000.00** and reimbursement of expenses of **$410.00**, all of which was paid prepetition, are **ALLOWED**.

_____
Eric L. Frank
United States Bankruptcy Judge