United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-16389-elf
Christene E Misciagna                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey              Page 1 of 1         Date Rcvd: Sep 30, 2019
                        Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.
db             +Christene E Misciagna,    1045 Spruce Street,    Columbia, PA 17512-1334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
      BARRY A. SOLODKY    on behalf of Debtor Christene E Misciagna bsolodky@n-hlaw.com, mbleacher@n-hlaw.com;asnavely@n-hlaw.com
      BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1 bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
      BRIAN E. CAINE    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2 bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
      KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Co., on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset- Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com
      ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,   ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                        TOTAL: 9

N THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTENE E. MISCIAGNA | : | 18-16389-elf |
| Debtor | : | |

## **ORDER**

AND NOW, this __30th__ day of __September__, 2019, based upon the Application for Compensation and Reimbursement of Expenses by Debtor's counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY **ORDERED** that the Application is **GRANTED** and that compensation of **$4,000.00** and reimbursement of expenses of **$410.00**, all of which was paid prepetition, are **ALLOWED**.

_____
Eric L. Frank
United States Bankruptcy Judge