## IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Christene E. Misciagna, | ) | Case No. 18-16389 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## PRAECIPE TO SUBSTITUTE COUNSEL

TO THE CLERK:

Please substitute Matthew S. Bleacher, Esquire and Nikolaus & Hohenadel, LLP for Barry A. Solodky, Esquire and Saxton & Stump, LLC (previously at Nikolaus & Hohenadel, LLP) as counsel for Debtors in the above referenced matter.

Date: January 16, 2020        By:  /s/ Matthew S. Bleacher
                                    Matthew S. Bleacher, Esquire
                                    Attorney I.D. No. 321958
                                    Nikolaus & Hohenadel, LLP
                                    212 North Queen Street
                                    Lancaster, PA 17603
                                    Phone: (717) 299-3726
                                    Fax: (717) 299-1811
                                    mbleacher@n-hlaw.com


Date: January 16, 2020        By:  /s/ Barry A. Solodky
                                    Barry A. Solodky, Esquire
                                    Saxton & Stump, LLC
                                    280 Granite Run Dr, Suite 300
                                    Lancaster, PA 17601
                                    Phone: 717-556-1000
                                    E-mail: bso@saxtonstump.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe to Substitute Counsel was sent by first-class mail, postage prepaid on the date set forth to the following:

Christene Misciagna
1045 Spruce Street
Columbia, PA 17512

Barry A. Solodky, Esquire
Saxton & Stump, LLC
280 Granite Run Dr, Suite 300
Lancaster, PA 17601

BRIAN E. CAINE
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

KEVIN G. MCDONALD
bkgroup@kmllawgroup.com

WILLIAM MILLER on behalf of Trustee WILLIAM MILLER
ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

NIKOLAUS & HOHENADEL, LLP

Date: January 16, 2020        By: ___/s/ Matthew S. Bleacher___
                              Matthew S. Bleacher, Esq. (321958)
                              212 North Queen Street
                              Lancaster, PA 17603
                              Phone: (717) 299-3726
                              Fax: (717) 299-1811