| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-16389-PMM

CHRISTENE E MISCIAGNA  
1045 SPRUCE STREET  
COLUMBIA  PA   17512

Petition Filed Date: 09/26/2018  
341 Hearing Date: 12/04/2018  
Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2019 | $1,041.00 | | 04/03/2019 | $1,041.00 | | 06/03/2019 | $1,041.00 | |
| 07/22/2019 | $710.00 | | 08/20/2019 | $710.00 | | 09/25/2019 | $710.00 | Monthly Plan P |
| 10/28/2019 | $710.00 | | 12/16/2019 | $710.00 | | 01/14/2020 | $710.00 | |
| 03/13/2020 | $710.00 | | 04/13/2020 | $1,420.00 | | 05/27/2020 | $810.00 | |
| 06/15/2020 | $810.00 | | 07/17/2020 | $810.00 | | | | |

**Total Receipts for the Period: $11,943.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,984.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BARRY A SOLODKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,972.14 | $0.00 | $5,972.14 |
| 2 | JH PORTFOLIO DEBT EQUITIES LLC »» 002 | Unsecured Creditors | $472.77 | $0.00 | $472.77 |
| 3 | SANTANDER CONSUMER USA »» 003 | Secured Creditors | $755.00 | $144.64 | $610.36 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $481.79 | $0.00 | $481.79 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $385.55 | $0.00 | $385.55 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $2,909.83 | $0.00 | $2,909.83 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $4,988.82 | $4,988.82 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $1,268.82 | $0.00 | $1,268.82 |
| 9 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $65,545.30 | $0.00 | $65,545.30 |
| 10 | BECKET & LEE, LLP »» 009 | Unsecured Creditors | $707.59 | $0.00 | $707.59 |
| 11 | TMSHMC PHYSICIANS »» 010 | Unsecured Creditors | $6,619.83 | $0.00 | $6,619.83 |
| 12 | TMSHMC PHYSICIANS »» 011 | Unsecured Creditors | $2,193.94 | $0.00 | $2,193.94 |
| 13 | NEWREZ LLC  D/B/A »» 012 | Mortgage Arrears | $30,837.25 | $5,908.65 | $24,928.60 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 013 | Mortgage Arrears | $137.46 | $20.03 | $117.43 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $562.24 | $0.00 | $562.24 |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $12,984.00 | | Current Monthly Payment: | $710.00 |
| Paid to Claims: | $11,062.14 | | Arrearages: | $1,309.50 |
| Paid to Trustee: | $1,186.54 | | Total Plan Base: | $41,273.50 |
| Funds on Hand: | $735.32 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.