**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Christene E. Misciagna, | : | Case No.   18-16389 - PMM |
| | : | |
| Debtor. | : | |

**ORDER DENYING MOTION FOR RELIEF FROM STAY**

**AND NOW**, upon consideration of Santander Consumer USA, Inc.'s Motion for Relief from Stay regarding the 2012 Volkswagen Routan ("the Motion"), Doc. #76, and the Debtor's Response, Doc. #78;

**AND,** the hearing on the Motion having been duly noticed for **April 27, 2021 at 10:00 a.m.**, see Doc. #77;

**AND,** no party in interest having appeared at the April 27, 2021 hearing;

Accordingly, it is hereby **ORDERED** that the Motion is **DENIED** for failure to prosecute.

Date:   April 27, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**