| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-16389-PMM**

CHRISTENE E  MISCIAGNA  
1045 SPRUCE STREET  
COLUMBIA  PA    17512

Petition Filed Date: 09/26/2018  
341 Hearing Date: 12/04/2018  
Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $710.00 | | 03/13/2020 | $710.00 | | 04/13/2020 | $1,420.00 | |
| 05/27/2020 | $810.00 | | 06/15/2020 | $810.00 | | 07/17/2020 | $810.00 | |
| 08/24/2020 | $810.00 | | 09/23/2020 | $810.00 | | 10/13/2020 | $810.00 | |
| 11/20/2020 | $810.00 | | 12/21/2020 | $810.00 | | 01/26/2021 | $810.00 | |
| 03/01/2021 | $710.00 | | 03/29/2021 | $710.00 | | 04/30/2021 | $710.00 | |
| 06/01/2021 | $710.00 | | | | | | | |

**Total Receipts for the Period:  $12,970.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $20,684.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BARRY A SOLODKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $5,972.14 | $0.00 | $5,972.14 |
| 2 | JH PORTFOLIO DEBT EQUITIES LLC<br>»» 002 | Unsecured Creditors | $472.77 | $0.00 | $472.77 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $755.00 | $315.52 | $439.48 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $481.79 | $0.00 | $481.79 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $385.55 | $0.00 | $385.55 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $2,909.83 | $0.00 | $2,909.83 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $4,988.82 | $4,988.82 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $1,268.82 | $0.00 | $1,268.82 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 008 | Unsecured Creditors | $65,545.30 | $0.00 | $65,545.30 |
| 10 | BECKET & LEE, LLP<br>»» 009 | Unsecured Creditors | $707.59 | $0.00 | $707.59 |
| 11 | TMSHMC PHYSICIANS<br>»» 010 | Unsecured Creditors | $6,619.83 | $0.00 | $6,619.83 |
| 12 | TMSHMC PHYSICIANS<br>»» 011 | Unsecured Creditors | $2,193.94 | $0.00 | $2,193.94 |
| 13 | NEWREZ LLC  D/B/A<br>»» 012 | Mortgage Arrears | $30,837.25 | $12,887.77 | $17,949.48 |

**Chapter 13 Case No. 18-16389-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | SELECT PORTFOLIO SERVICING INC<br>»» 013 | Mortgage Arrears | $137.46 | $51.73 | $85.73 |
| 15 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $562.24 | $0.00 | $562.24 |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,684.00 | Current Monthly Payment: | $710.00 |
| Paid to Claims: | $18,243.84 | Arrearages: | $709.50 |
| Paid to Trustee: | $1,795.44 | Total Plan Base: | $41,273.50 |
| Funds on Hand: | $644.72 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.