## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| Christene E. Misciagna, | ) | Case No. 18-16389-PMM |
| Debtor. | ) | |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of the Debtor, in the above captioned matter.

Date:   August 29, 2022            By:   /s/ Matthew S. Bleacher
                                         Matthew S. Bleacher, Esquire
                                         Attorney I.D. No. 321958
                                         Nikolaus & Hohenadel, LLP
                                         212 North Queen Street
                                         Lancaster, PA 17603
                                         Phone: (717) 299-3726
                                         mbleacher@n-hlaw.com

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Debtor, in the above referenced matter.

Date:   August 29, 2022            By:   /s/ Thomas W. Fleckenstein
                                         Thomas W. Fleckenstein, Esquire
                                         Attorney I.D. No. 307390
                                         470 Locust Street
                                         Columbia, PA 17512
                                         Phone: (717) 333-4053
                                         tom@Tomfleckenstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Praecipe to Enter and Withdraw Appearance was sent by first-class mail, postage prepaid on the date set forth to the following:

BRIAN E. CAINE
bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc.
ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

KEVIN G. MCDONALD
bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
ecfmail@readingch13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

| | |
|---|---|
| Date:   August 29, 2022 | By:     /s/ Thomas W. Fleckenstein     <br>Thomas W. Fleckenstein, Esquire<br>Attorney I.D. No. 307390<br>470 Locust Street<br>Columbia, PA 17512<br>Phone: (717) 333-4053<br>tom@fleckensteinpalaw.com |