United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-16389-pmm
Christene E Misciagna                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14213772 | Email/Text: bnc-quantum@quantum3group.com | May 16 2023 00:07:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Co. on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| KEVIN G. MCDONALD | on behalf of Creditor Select Portfolio Servicing bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Co. on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: May 15, 2023                        Form ID: trc                              Total Noticed: 1

THOMAS W. FLECKENSTEIN

on behalf of Debtor Christene E Misciagna Tom@TomFleckenstein.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-16389-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Christene E Misciagna
1045 Spruce Street
Columbia PA 17512

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/15/2023.

Name and Address of Alleged Transferor(s):

Claim No. 2: Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA  98083-0788

Name and Address of Transferee:

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/17/23

Tim McGrath
**CLERK OF THE COURT**