| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-16389-PMM

CHRISTENE E MISCIAGNA
1045 SPRUCE STREET
COLUMBIA PA   17512

Petition Filed Date: 09/26/2018
341 Hearing Date: 12/04/2018
Confirmation Date: 09/24/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/16/2022 | $710.00 | | 09/13/2022 | $710.00 | | 10/24/2022 | $710.00 | |
| 11/21/2022 | $710.00 | | 12/19/2022 | $710.00 | | 01/17/2023 | $710.00 | |
| 02/14/2023 | $710.00 | | 03/14/2023 | $710.00 | | 04/25/2023 | $710.00 | |
| 05/22/2023 | $710.00 | | 06/20/2023 | $710.00 | | 07/17/2023 | $710.00 | |

**Total Receipts for the Period: $8,520.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $39,144.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BARRY A SOLODKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $5,972.14 | $0.00 | $5,972.14 |
| 2 | LVNV FUNDING LLC »» 002 | Unsecured Creditors | $472.77 | $0.00 | $472.77 |
| 3 | SANTANDER CONSUMER USA »» 003 | Secured Creditors | $438.18 | $438.18 | $0.00 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $481.79 | $0.00 | $481.79 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $385.55 | $0.00 | $385.55 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $2,909.83 | $0.00 | $2,909.83 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $4,988.82 | $4,988.82 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $1,268.82 | $0.00 | $1,268.82 |
| 9 | US DEPARTMENT OF EDUCATION »» 008 | Unsecured Creditors | $65,545.30 | $0.00 | $65,545.30 |
| 10 | CAPITAL ONE NA »» 009 | Unsecured Creditors | $707.59 | $0.00 | $707.59 |
| 11 | TMSHMC PHYSICIANS »» 010 | Unsecured Creditors | $6,619.83 | $0.00 | $6,619.83 |
| 12 | TMSHMC PHYSICIANS »» 011 | Unsecured Creditors | $2,193.94 | $0.00 | $2,193.94 |
| 13 | NEWREZ LLC D/B/A »» 012 | Mortgage Arrears | $30,837.25 | $30,224.84 | $612.41 |
| 14 | SELECT PORTFOLIO SERVICING INC »» 013 | Mortgage Arrears | $137.46 | $120.38 | $17.08 |

**Chapter 13 Case No. 18-16389-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $562.24 | $0.00 | $562.24 |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,144.00 | Current Monthly Payment: | $710.00 |
| Paid to Claims: | $35,772.22 | Arrearages: | $709.50 |
| Paid to Trustee: | $3,357.43 | Total Plan Base: | $41,273.50 |
| Funds on Hand: | $14.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.