IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Christene E. Misciagna | : | NO: 18-16389 |
| | : | |
| (DEBTORS) | : | |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to <u>11 U.S.C. Section 1328(a)</u>, I certify that:

   X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*
My current address: _____
My current employer and my employer's address:_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to <u>11 U.S.C. Section 1328(h)</u>, I certify that:

   X    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

*Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*
I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on
Date:  10/24/23                    Debtor-<u>/s/Christina E. Misciagna</u>