United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16389-pmm

Christene E Misciagna  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Oct 27, 2023      Form ID: 138OBJ      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christene E Misciagna, 1045 Spruce Street, Columbia, PA 17512-1334 |
| 14327426 | + | Barry A. Solodky, Esq. Nikolaus & Hohenadel,, 212 North Queen Street, Lancaster, PA 17603-3512 |
| 14203321 | + | Borough of Columbia, 308 Locust Street, Columbia, PA 17512-1121 |
| 14203325 | + | Discover Financial Services, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14203330 | | Kohls / Capone, N56 W. 1700 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 14203333 | + | Parker McCay, P.A., Attn: Patrick J. Wesner, Esquire, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 14203334 | | Penn State Hershey Medical Center, Patient Financial Services, PO Box 854, MC A410, Hershey, PA 17033-0854 |
| 14203335 | + | Ratchford Law Group, PC, 409 Lackawanna Avenue, Suite 320, Attention: Michael F. Ratchford, Esquire, Scranton, PA 18503-2087 |
| 14596748 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14203339 | + | South Jersey Health Systems, Inspira Health Network, Inspira Medical Center Vineland, 1505 West Sherman, Vineland, NJ 08360-7059 |
| 14235853 | | TMSHMC Hospital, PO Box 853, Hershey, PA 17033-0853 |
| 14235852 | + | TMSHMC Physicians, PO Box 854, Hershey, PA 17033-0854 |
| 14203341 | | Weltman, Weinberg & Reis, 170 S. Independence Mall W., Suite 847W, Attention: Scott J. Best, Esquire, Philadelphia, PA 19106-3334 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 27 2023 23:56:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 27 2023 23:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14203319 | + | Email/Text: g20956@att.com | Oct 27 2023 23:56:00 | AT&T, c/o Midland Bankruptcy, 5407 Andrews Hwy, Midland, TX 79706-3615 |
| 14203320 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2023 23:56:00 | BonTon / Comenity Bank, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14203322 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 27 2023 23:56:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 14203323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:02:11 | Capital One, 1500 Capital One Dr., Richmond, VA 23238 |
| 14225381 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:02:40 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14235165 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2023 00:13:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14203324 | + | Email/Text: electronicbkydocs@nelnet.net | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | Oct 27 2023 23:56:00 | Department of Education, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 14241061 | Email/Text: mtgbk@shellpointmtg.com | Oct 27 2023 23:56:00 | Deutsche BK as Trustee Soundview Home LN 2007-WMC1, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14241926 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2023 23:56:00 | Deutsche Bank National Trust Co., et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14208799 | Email/Text: mrdiscen@discover.com | Oct 27 2023 23:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14203326 | + Email/Text: bknotice@ercbpo.com | Oct 27 2023 23:56:00 | Enhanced Recovery Corp, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14203327 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2023 23:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14203329 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Oct 27 2023 23:56:00 | JH Portfolio Debt Equity, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 14781951 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:01:37 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14217292 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2023 23:56:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14203331 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 27 2023 23:56:00 | Midland Funding (Walmart), 2365 Northside Drive, Suite 30, San Diego, CA 92108-2710 |
| 14203332 | Email/Text: electronicbkydocs@nelnet.net | Oct 27 2023 23:56:00 | Nelnet Loan Services, 3015 S. Parker Road - Suite 425, Aurora, CO 80014-2904 |
| 14213772 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2023 23:56:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14203336 | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2023 23:56:00 | Santander Consumer USA, PO Box 105255, Atlanta, GA 30348-5255 |
| 14217200 | + Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2023 23:56:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14210540 | ^ MEBN | Oct 27 2023 23:55:45 | Select Portfolio Servicing, c/o KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14203337 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 27 2023 23:56:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14203338 | + Email/Text: mtgbk@shellpointmtg.com | Oct 27 2023 23:56:00 | Shellpoint Mortgage Servicing, Attn: Loss Mitigation Department, 55 Beattie Pl - Suite 110, Greenville, SC 29601-5115 |
| 14204322 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2023 00:01:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14203340 | + Email/Text: bncmail@w-legal.com | Oct 27 2023 23:56:00 | TD Bank USA / Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14242221 | + Email/Text: bncmail@w-legal.com | Oct 27 2023 23:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14233884 | + Email/Text: electronicbkydocs@nelnet.net | Oct 27 2023 23:56:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 29

Case 18-16389-pmm   Doc 103   Filed 10/29/23   Entered 10/30/23 00:28:51   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 138OBJ | Total Noticed: 42 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14203328 | * | Internal Revenue Service, PO Box 37910, Hartford, CT 06176-7910 |
| 14596608 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14203342 | ##+ | Zimmerman, Pfannebecker, Nuffort, Albert, 22 South Duke Street, Attention: Robert L. Pfannebecker, Esq., Lancaster, PA 17602-3508 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Co. on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Co. on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Select Portfolio Servicing bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Christene E Misciagna Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christene E Misciagna

    Debtor(s)

Case No: 18−16389−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/27/23

100 − 92
Form 138OBJ