United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-16389-pmm |
| Christene E Misciagna | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

**Recip ID            Recipient Name and Address**
db                +  Christene E Misciagna, 1045 Spruce Street, Columbia, PA 17512-1334

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Soundview Home Loan Trust 2007-WMC1, Asset Backed Certificates, Series 2007-WMC1 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| BRIAN E. CAINE | on behalf of Creditor Deutsche Bank National Trust Co.  on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| KEVIN G. MCDONALD | on behalf of Creditor Select Portfolio Servicing bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Co.  on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Deutsche Bank National Trust Co.  on behalf of the holders of Soundview Home Loan Trust 2007-2, Asset- |

District/off: 0313-4                          User: admin                                    Page 2 of 2

Date Rcvd: Jan 12, 2024                       Form ID: 195                                    Total Noticed: 1

          Backed Certificates, Series 2007-2 mfarrington@kmllawgroup.com

ROLANDO RAMOS-CARDONA
          on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
          ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
          on behalf of Debtor Christene E Misciagna Tom@TomFleckenstein.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
          on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13


Christene E Misciagna                                     : Case No. 18–16389–pmm

         Debtor(s)


### *ORDER*
_____


    AND NOW, this day , January 12, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                    By The Court

                                    Patricia M. Mayer
                                    Judge, United States Bankruptcy Court



                                                                        109
                                                                   Form 195